# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| U.S.A.<br>V.<br>RAMIRO PLANSCENSIA | **Deferred entry of**<br>***JUDGMENT and ORDER TO PAY*** | CITATION/CASE NO. 6:16-PO-00627 MJS |

SOCIAL SECURITY #:_____
DATE OF BIRTH:_____
DRIVER'S LICENSE #: _____
ADDRESS:  _____
           _____
           City            State         Zip Code

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION, PENALTY ASSESSMENT OR PROCESSING FEE IN THIS CASE, I MUST NOTIFY THE UNITED STATES ATTORNEY IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS: **NOTE:  FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

*I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE and CORRECT.*

DATE: _____         _____
                                                    Defendant's Signature

**YOU ARE HEREBY ORDERED TO PAY/COMPLY WITH THE FOLLOWING:**

(✓) Penalty **ASSESSMENT** of $ 20.00          ( ) **RESTITUTION** of $ _____
(✓) **PROCESSING** Fee of $ 60.00              (✓) **FINE** of $ 420.00

for a **TOTAL AMOUNT** of $ 500.00                ,

paid within 10 months                  **OR** payments of $ 50.00            per month, commencing

12/1/2016                    and due on the  1st       of each month until **PAID IN FULL - note late payments could be subject to late/delinquent charges imposed by C.V.B.**

(✓) REVIEW/ Post Sentencing HEARING DATE: 9/26/2017     at  10:00    a. m. / p. m. in Courtroom  Yosemite
( ) Compliance HEARING: _____ at _____ a. m. / p. m. in Courtroom _____
( ) RESTITUTION / VICTIM information _____
( ) COMMUNITY SERVICE _____ with fees not to exceed  $ _____
to be completed by _____ with Proof mailed to the Clerk Of Court.
( ) TRAFFIC SCHOOL by _____ with Proof mailed to _____
( ) PROBATION to be unsupervised / supervised for: _____

**Payments must be made by Check or Money Order, payable to: Clerk, U.S.D.C. and mailed to (check one):**

| | | |
|---|---|---|
| ✓ CENTRAL VIOLATIONS BUREAU<br>PO Box 71363<br>Philadelphia, PA  19176-1363<br>1-800-827-2982 | ☐ CLERK U.S.D.C.<br>501 "I" St., #4-200<br>Sacramento, CA  95814 | ☐ CLERK U.S.D.C<br>2500 Tulare St., Rm 1501<br>Fresno, CA  93721 |

Your check or money order must indicate **your name and citation/case number** shown above to ensure your account is credited for payment received.

DATED:  11/3/2016                          /s/ Michael J. Seng
                                                     U.S. MAGISTRATE JUDGE