Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 6:16-PO-00627-MJS |
|---|---|
| Plaintiff, | |
| v. | **MOTION TO VACATE REVIEW HEARING; AND ORDER THEREON** |
| RAMIRO PLASCENSIA | |
| Defendant. | |

The United States, by and through its representative, Susan St. Vincent hereby moves the Court for an Order to Vacate the review hearing currently scheduled in this matter for September 26, 2017. To date, Defendant has complied with all the terms of unsupervised probation imposed by this Court on November 1, 2016.

.

Dated: September 25, 2017　　　　　NATIONAL PARK SERVICE

　　　　　　　　　　　　　　　　　　 /S/ Susan St. Vincent
　　　　　　　　　　　　　　　　　　Susan St. Vincent
　　　　　　　　　　　　　　　　　　Legal Officer

1

## **ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the review hearing scheduled for September 26, 2017 in the above referenced matter, *United States v. Plascensia* 6:16-po-0627-MJS, be vacated.

IT IS SO ORDERED.

Dated: September 25, 2017          /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE